1  DAVID A. STEINBERG (SBN 130593)
     das@msk.com
2  MARC E. MAYER (SBN 190969)
     mem@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendant
   Aylo Holdings S.à R.L.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | GENEVIEVE MORTON, | CASE NO. 2:24-cv-4677 |
|---|---|
| Plaintiff, | **DEFENDANT AYLO HOLDINGS S.À R.L. CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1** |
| v. | |
| AYLO HOLDINGS, S.A.R.L., ETHICAL CAPITAL PARTNERS, PORNHUB.COM, AYLO USA INCORPORATED, AYLO HOLDINGS USA CORP., AYLO GLOBAL ENTERTAINMENT INC., AYLO BILLING US CORP.; DOES 3 - 100, | |
| Defendants. | (Removed from Los Angeles Superior Court Case No. 24STCV12282) |

Mitchell Silberberg & Knupp LLP

16573177.2

**CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES**

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of
2  record for Defendant Aylo Holdings S.à R.L. (erroneously sued AYLO
3  HOLDINGS, S.A.R.L.) by and through its undersigned counsel, make the
4  following disclosures:

  1. Aylo Holdings S.à R.L. is the ultimate parent of Defendants Aylo Global Entertainment Inc., Aylo USA Incorporated., and Aylo Billing US Corp. There is no publicly held corporation that owns 10% or more of Aylo Holdings S.à R.L.'s stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant, certify that Defendant is not presently aware of any parties (other than the named parties) who have a pecuniary interest in the outcome of this case or who must be identified.

Dated: June 4, 2024

DAVID A. STEINBERG
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By:  /s/David A. Steinberg
David A. Steinberg (SBN 130593)
Marc E. Mayer (SBN 190969)
Attorneys for Defendant
Aylo Holdings S.à R.L.