UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GENEVIEVE MORTON, | CASE NO. 2:24-cv-04677-KK-SK |
|---|---|
| Plaintiff, | Assigned to Hon. Kenly Kiya Kato |
| v. | **[PROPOSED]** ORDER REGARDING SETTLEMENT CONFERENCE AND ADR DEADLINE |
| AYLO HOLDINGS, S.A.R.L., ETHICAL CAPITAL PARTNERS, PORNHUB.COM, AYLO USA INCORPORATED, AYLO HOLDINGS U.S.A. CORP., AYLO GLOBAL ENTERTAINMENT, INC., AYLO BILLING US CORP.; DOES 3 - 100, | Date: July 15, 2025<br>Time: 10:00 AM PT<br>Location: Courtroom 540<br>255 E. Temple Street<br>Los Angeles, CA 90012 |
| Defendants. | Filed: 05/14/2024<br>FAC: 05/30/2024<br>Removed: 06/04/2024<br>Trial Date: 09/16/2025 |
| | [NOTE CHANGES BY COURT] |

(Note: "[PROPOSED]" shown with strikethrough.)

ORDER REGARDING SETTLEMENT CONFERENCE AND ADR DEADLINE

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation Regarding Settlement Conference and ADR Deadline, and finding good cause shown, IT IS HEREBY ORDERED that:

1. ~~A Settlement Conference is scheduled for July 15, 2025, at 10:00 a.m.~~
2. ~~Counsel for all Parties and Plaintiff Genevieve Morton shall appear in person at the Settlement Conference.~~
3. ~~Defendants' representative is permitted to participate remotely from a location within a U.S. time zone.~~

1. The ADR completion deadline is extended from July 7, 2025 to July 16, 2025.
2. All other deadlines in the Scheduling Order remain unchanged.

The parties shall contact the courtroom deputy clerk for the assigned magistrate judge, the Honorable Steve Kim, at sk_chambers@cacd.uscourts.gov regarding their additional requests.

IT IS SO ORDERED.

Dated: May 12, 2025

By: _____
Honorable Kenly Kiya Kato
United States District Court

cc: United States Magistrate Judge Steve Kim

---

**ORDER REGARDING SETTLEMENT CONFERENCE AND ADR DEADLINE**