1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10    GENEVIEVE MORTON,                    | CASE NO. 2:24-cv-04677-KK-SK

11              Plaintiff,                 | Assigned to Hon. Kenly Kiya Kato

12         v.                             | **[PROPOSED] JUDGMENT GRANTING DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

13    AYLO HOLDINGS, S.A.R.L.,
      ETHICAL CAPITAL PARTNERS,            | Date:      July 24, 2025
14    PORNHUB.COM, AYLO USA                | Time:      9:30 a.m.
      INCORPORATED, AYLO                   | Location:  Courtroom 3
15    HOLDINGS U.S.A. CORP., AYLO          |            3470 Twelfth Street
      GLOBAL ENTERTAINMENT, INC.,          |            Riverside, CA 92501
16    AYLO BILLING US CORP.; DOES 3 -
      100,                                 | Filed:      05/14/2024
17                                         | FAC:        05/30/2024
              Defendants.                  | Removed:    06/04/2024
18                                         | Trial Date: 09/16/2025

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] JUDGMENT

The Renewed Motion for Summary Judgment filed by Defendants Aylo Holdings USA Corp., Aylo Billing US Corp., Aylo Global Entertainment, Inc., and Aylo USA Incorporated (collectively, the "Aylo U.S. Defendants") came on regularly for hearing before this Court on July 24, 2025, at 9:30 a.m., in Courtroom 3 of the above-entitled Court, located at 3470 12th Street, Riverside, California 92501, the Honorable Kenly Kiya Kato presiding.  Appearances by counsel are reflected in the Court's record.

Having considered all papers filed by the parties in support of and in opposition to the Motion, all admissible evidence submitted, and oral argument offered at the hearing on the Motion, excluding any evidence to which objections were sustained, the Court hereby finds that there are no genuine issues of material fact as to any cause of action asserted by Plaintiff Genevieve Morton ("Plaintiff") against any of the Aylo U.S. Defendants in the First Amended Complaint, and that each of Plaintiff's claims against each of the Aylo U.S. Defendants should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1.  Pursuant to Federal Rule of Civil Procedure 56, the Aylo U.S. Defendants' Renewed Motion for Summary Judgment is **GRANTED** in its entirety;

2.  Judgment shall be entered in favor of the Aylo U.S. Defendants and against Plaintiff Genevieve Morton on all claims asserted in the First Amended Complaint;

3.  Plaintiff Genevieve Morton shall recover nothing from the Aylo U.S. Defendants by way of her First Amended Complaint; and

[PROPOSED] JUDGMENT

1    4.    This action is dismissed with prejudice on the merits.

2

3    **IT IS SO ORDERED.**

4

5    Dated: _____    By:_____

6                                          Hon. Kenly Kiya Kato
                                            United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

**[PROPOSED] JUDGMENT**